IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

THOMAS RUSSELL TINSLEY, )
)
    Petitioner, )
)
v. ) CIVIL ACTION NO. 98-AR-2202-E
)
WARDEN ROY HIGHTOWER and )
THE ATTORNEY GENERAL FOR )
THE STATE OF ALABAMA, )
)
    Respondents. )

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.[1] In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice. An appropriate order will be entered.

**DONE**, this 12th day of May, 2000.

                       WILLIAM M. ACKER, JR.
                       UNITED STATES DISTRICT JUDGE

---

[1] The court also notes that there have been no objections from the petitioner. This is probably due to the petitioner's failure to advise the court of his new address after his release from custody.

